**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO.   3:10-CR-14-WKW** |
| | ) | |
| **DAMIEN YOUNG** | ) | |

**GOVERNMENT'S MOTION FOR DETENTION**

Comes now the United States of America, by and through Leura G. Canary, United States

Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for

detention for the above-captioned defendant.

1.    Eligibility of Cases

This case is eligible for a detention order because this case involves:

| | |
|---|---|
| _____ | 10 + year crime of violence (18 U.S.C. § 3156) |
| _____ | 10 + year federal crime of terrorism (18 U.S.C. § 2332b(g)(5)(B)) |
| _____ | Maximum sentence of life imprisonment or death |
| \_\_\_\_X\_\_\_\_ | 10 + year drug offense |
| _____ | Felony, with two prior convictions in the above categories |
| _____ | Felony involving a minor victim |
| _____ | Felony involving possession or use of a firearm or other destructive device (as defined by 18 U.S.C. § 921) or any other dangerous weapon |
| _____ | Failure to register as a sex offender (18 U.S.C. § 2250) |
| \_\_\_\_X\_\_\_\_ | Serious risk the defendant will flee |
| _____ | Serious risk of obstruction of justice |

2.      <u>Reason for Detention</u>

The Court should detain defendant because there are no conditions of release which will

reasonably assure:

_____X_____          Defendant's appearance as required

_____X_____          Safety of any other person and the community

3.      <u>Rebuttable Presumption</u>

The United States will invoke the rebuttable presumption against defendant under Section

3142(e).

_____          Previous conviction for "eligible" offense committed while on pretrial bond,
                       and a period of five years has not elapsed from defendant's conviction or
                       release from imprisonment for the offense described

_____X_____          Probable cause to believe defendant committed 10 + year  drug offense or an
                       offense in which a firearm was used or carried under Section 924(c)

_____          Probable cause to believe defendant conspired to kill, kidnap, maim, or injure
                       persons in a foreign country as prohibited under 18 U.S.C. § 956(a)

_____          Probable cause to believe defendant committed act of terrorism transcending
                       national boundaries (18 U.S.C. § 2332) or a 10 + year federal crime of
                       terrorism as defined in 18 U.S.C. § 2332b(g)(5)(B))

_____          Probable cause to believe defendant committed 10 + year offense involving
                       a minor victim

4.      <u>Time for Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

_____          At the initial appearance

_____X_____          After continuance of <u>3</u> days

The Government requests leave of Court to file a supplemental motion with additional

grounds or presumption for detention should this be necessary.

Respectfully submitted this the 22nd day of December, 2010.

LEURA G. CANARY
UNITED STATES ATTORNEY

*/s/ Nathan D. Stump*
By: NATHAN D. STUMP
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
334.223.7280
334.223.7135 fax
Nathan.Stump@usdoj.gov

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO.   3:10-CR-14-WKW** |
| | ) | |
| **DAMIEN YOUNG** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2010, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to all

counsel of record.

LEURA G. CANARY
UNITED STATES ATTORNEY

*/s/ Nathan D. Stump*
By: NATHAN D. STUMP
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
334.223.7280
334.223.7135 fax
Nathan.Stump@usdoj.gov