IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:10cr14-WKW |
| | ) | |
| DAMIEN YOUNG, et al., | ) | |

### **ORDER**

Upon consideration of defendant counsel's motion to participate by telephone (Doc. # 236), filed January 13, 2011, and for good cause, it is

ORDERED that the motion is GRANTED to the extent that the pretrial conference will be **rescheduled from January 14, 2011 to 3:00 p.m. on February 8, 2011 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.** All deadlines previously set in the order on arraignment shall remain the same.

DONE, this 13th day of January, 2011.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE