IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 3:10cr14-WKW |
| ) | |
| DAMIEN YOUNG ) | |
| SALATHIA CROWELL ) | |

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on February 8, 2011, before the undersigned Magistrate Judge.  Present at this conference were Donald F. Samuel, counsel for defendant Damien Young; Benjamin Schoettker, counsel for defendant Salathia Crowell; and Assistant United States Attorney Susan Redmond, counsel for the government.  As a result of the conference, it is hereby

ORDERED as follows:

1. Jury selection is set for May 31, 2011 in Opelika, Alabama.  The trial of this case is set during the trial term commencing on May 31, 2011 in Opelika, Alabama before United States District Judge William Keith Watkins and is expected to last 5 days.

2. There are no motions currently pending and the time set by the court for filing motions has passed.

3. Proposed voir dire questions shall be filed on or before **two weeks**

**before jury selection.** Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All motions in limine shall be filed on or before **two weeks before jury selection.** Motions in limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion. Responses to motions shall be filed on or before **one week before jury selection.** Proposed jury instructions shall be filed on or before **one week before jury selection.**

5. Each party shall have available at the time of trial, for use by the court and opposing counsel, four copies of the exhibit list and four copies of each photostatically reproducible exhibit listed.

6. The court will not consider a plea pursuant to Rule 11(c)(1)(A) or (C) unless notice is filed on or before noon on May 18, 2011. The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on May 31, 2011 in Opelika, Alabama. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute

for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on May 31, 2011 in Opelika, Alabama, as to all defendants, even though a particular guilty plea was not accepted by the court.

7. This case is set for a final pretrial conference on April 18, 2011 at 3:00 p.m. in Courtroom 5B.

DONE, this 9th day of February, 2011.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE