IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:10cr14-WKW |
| | ) | |
| DAMIEN YOUNG | ) | |

### **ORDER**

Upon consideration of defendant's motion to permit filing motion to suppress out of time (Doc. # 288) filed March 3, 2011, and for good cause, it is

ORDERED that the government shall file a response to the motion on or before Wednesday, March 9, 2011.

DONE, this 7th day of March, 2011.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE