IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.:   3:10-CR-14-WKW |
| | ) | |
| DAMIEN YOUNG | ) | |

**RESPONSE TO DEFENDANT'S MOTION
TO FILE MOTION TO SUPPRESS OUT OF TIME**

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files its response to Defendant's Motion (Doc. 288) filed on or about March 3, 2011, as follows:

1. Young was arraigned on a two-count indictment on December 28, 2010. Discovery was provided by mail. An Order of Arraignment was filed on January 3, 2011, which set the time for filing pre-trial motions as two days before the first pre-trial conference or January 14, 2011. The arraignment order also established that discovery was due from the government by January 3, 2011, and January 10, 2011, from the defendant. The government provided discovery by mail.

2. On January 13, 2011, the defendant filed a motion to continue the pre-trial conference. The defendant's motion was filed after several conversations with the government and without objection.

3. On February 4, 2011, a pre-trial hearing was held. At the pre-trial hearing, counsel for defendant requested that government counsel inquire as to property seized from the defendant at arrest. The undersigned AUSA was aware at that time and related to defense counsel that she was aware of monies being seized from the person of the defendant but no other property. Defense

counsel made the undersigned AUSA aware that additional property was seized, to include additional monies and a vehicle.

    4.    Pursuant to the request of defense counsel, the undersigned AUSA made inquiries of the case agent and learned that local Georgia law enforcement had seized, and continued to hold, the vehicle and items taken from the vehicle. At the request of the undersigned, the agent made contact with the local Georgia authorities and with DEA agents in Georgia. Pursuant to the agent's inquiry, additional documentation was provided from those sources and the undersigned, pursuant to her understanding of the rules of this District, presented the additional documentation to the defense.

    5.    The defendant correctly states that Georgia DEA agents participated in the arrest of the defendant, as well as Deputy Marshall's from the Middle District of Alabama; Georgia FBI agents; the Columbus, Georgia Police Department; and deputies with the Muscogee County, Georgia, Sheriff's Department.

    6.    It is clear that the government presented the requested documentation to defense counsel well after the time for filing pre-trial motions as the defense did not make its' request until the parties met at the pre-trial hearing. Further, though not contacted by the defense to ascertain its position, the government does not object to the defendant's out-of-time-filing of this pre-trial motion.

Respectfully submitted, this 9th day of March, 2011.

            LEURA G. CANARY
            UNITED STATES ATTORNEY


            /s/ Susan R. Redmond
            SUSAN R. REDMOND
            Assistant United States Attorney
            131 Clayton Street
            Montgomery, Alabama 36104
            334.223-7280
            334.223.7135   fax
            susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Case No.:   3:10-CR-14-WKW |
| | ) | |
| **DAMIEN YOUNG** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Steven Sadow and Donald Samuel.

    Respectfully submitted,

    LEURA G. CANARY
    UNITED STATES ATTORNEY


    /s/ Susan R. Redmond
    SUSAN R. REDMOND
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, Alabama 36104
    334.223-7280
    334.223.7135   fax
    susan.redmond@usdoj.gov