## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.:  3:10-cr-14-WKW** |
| | ) | |
| **DAMIEN YOUNG** | ) | |

### RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files its response to Defendant's Motion to Suppress filed on or about February 25, 2011, as follows:

1.      Defendant moves to suppress statements and evidence obtained as the products of his lawful arrest,  search and seizure of his person and vehicle, and search of storage units rented in his name, in violation of the Fourth, Fifth and Fourteenth Amendments to the United States Constitution.

2.      The government does not intend to utilize any evidence seized and/or searched or statements made by the defendant at, or post, arrest of the defendant, in its case-in-chief at trial on this matter.

3.      Therefore, based on the foregoing, the United States respectfully requests this Court **DISMISS** Defendant's Motion to Suppress as moot.

Respectfully submitted, this 9th day of March, 2011.

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
334.223-7280
334.223.7135   fax
susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA    )
        )
      v.        )        Case No.:  3:10-CR-14-WKW
        )
DAMIEN YOUNG        )

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2011, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the following:

Steven Sadow and Donald Samuel.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
334.223-7280
334.223.7135   fax
susan.redmond@usdoj.gov